IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRON J. MURPHY, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-272-GPM |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 03-30036-GPM |
| ) | |
| Respondent/Plaintiff. ) | |

# JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED with prejudice**. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

05/04/06                                      By: s/ G. Patrick Murphy
*Date*                                              *District Judge*