IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRON J. MURPHY, | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-272-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 03-30036-GPM |
| | ) |
| Respondent/Plaintiff. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

    Currently before the Court is Petitioner's notice of appeal (Doc. 5) of the Court's order dismissing his motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255. Implicit in the notice of appeal is a request for a certificate of appealability. Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." Further, section 2253(c)(3) provides: "The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)."

    Petitioner does not raise any issues in the notice of appeal as grounds for this Court to issue a certificate of appealability. However, based on the fact that Petitioner waived his right to appeal and file a collateral attack in the plea agreement governing his guilty plea, the Court finds that Petitioner has not made "a substantial showing of the denial of a constitutional right." Accordingly,

the request for a certificate of appealability is **DENIED**.

    **IT IS SO ORDERED.**

    DATED:  10/12/06

                                                    s/ G. Patrick Murphy  
                                                    G. PATRICK MURPHY  
                                                    Chief United States District Judge